AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Terrance Jon Irby,

PLAINTIFF

JUDGMENT IN A CIVIL CASE

v.

Munden, et al,

CASE NUMBER: CV-08-5078-EFS

DEFENDANT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the First Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

| | |
|---|---|
| March 25, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |